# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-02147-VMC
### Harrelson v. Wonwon Group Inc.
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 01/30/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:45 P.M.      COURT REPORTER: Wynette Blathers
TIME IN COURT: 5:45      DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Terry Garnett representing Wonwon Group Inc.
C. Head representing Glenda Harrelson
Michelle La Mar representing Wonwon Group Inc.
Tierra Monteiro representing Glenda Harrelson
Justin Scott representing Glenda Harrelson
Arthur Yuan representing Wonwon Group Inc.
** Gemma D. Dixon representing Non-Party Quanren Lin

**PROCEEDING CATEGORY:** Evidentiary Hearing(Other Evidentiary Hearing-Contested);

**MINUTE TEXT:** Evidentiary Hearing held. Witness David David sworn & testified. Mr. Chen sworn & testified. Mr. Quanren Lin sworn & testified. Interpreters Gang Li & Ms. Warren sworn. Christine Whitney sworn & testified. Susan Caampue sworn & testified. Ms. Legaspi sworn & testified. Pla exhs 1-7 admitted. Written order to follow.

**EXHIBIT STATUS:** Exhibits retained by the Court to be forwarded to the Clerks Office.